UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Chapter 7 |
| Ethan Ehsan Shajie<br>Eleheh Anna Chamsaz | Case No. 25-54843 |
| | Hon. Judge Khorrami |
| Debtors. | Re: Doc. No. 21 |

## NOTICE OF MOTION OF FAIRBRIDGE STRATEGIC CAPITAL LLC
## FOR RELIEF FROM THE AUTOMATIC STAY

### (6955 Bulrush Court, New Albany, Ohio 43054, Parcel No. 222-004525)

**PLEASE TAKE NOTICE** that Fairbridge Strategic Capital LLC ("Fairbridge") has filed a Motion for Relief from the Automatic Stay (the "Motion") regarding the foreclosure of its judgment lien on that certain property located at 6955 Bulrush Court, New Albany, Ohio 43054, Parcel No. 222-004525.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the Motion**, you must file with the court a response explaining your position by mailing your response by first class mail to the Bankruptcy Clerk's Office located at 170 North High Street, Columbus, OH 43215-2414 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by (1) the court's ECF System or by (2) first class mail to undersigned counsel for Fairbridge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further hearing or notice, which may include the lifting of the automatic stay.

Date: December 4, 2025								Respectfully submitted,


												/s/ *Elliot M. Smith*
												Elliot M. Smith (0078506)
												David Mayo (0014345)
												BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
												127 Public Square, Suite 4900
												Cleveland, Ohio  44114
												Tel: (216) 363-4500
												Fax: (216) 363-4588
												Email:  esmith@beneschlaw.com
												            dmayo@beneschlaw.com

												*Attorneys for Movant Fairbridge Strategic Capital LLC*