UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| In re: | Chapter 7 |
|---|---|
| Ethan Ehsan Shajie<br>Eleheh Anna Chamsaz<br><br>Debtors. | Case No. 25-54843<br><br>Hon. Judge Khorrami<br><br>Re: Doc. No. 25 |

# NOTICE OF AMENDED MOTION OF FAIRBRIDGE STRATEGIC CAPITAL LLC FOR RELIEF FROM THE AUTOMATIC STAY

**(6955 Bulrush Court, New Albany, Ohio 43054, Parcel No. 222-004525)**

**PLEASE TAKE NOTICE** that Fairbridge Strategic Capital LLC ("Fairbridge") has filed an Amended Motion for Relief from the Automatic Stay (the "Motion") regarding the foreclosure of its judgment lien on that certain property located at 6955 Bulrush Court, New Albany, Ohio 43054, Parcel No. 222-004525.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the Motion**, you must file with the court a response explaining your position by mailing your response by first class mail to the Bankruptcy Clerk's Office located at 170 North High Street, Columbus, OH 43215-2414 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by (1) the court's ECF System or by (2) first class mail to undersigned counsel for Fairbridge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further hearing or notice, which may include the lifting of the automatic stay.

Date: December 22, 2025                    Respectfully submitted,


                                                          /s/ *Elliot M. Smith*
                                                          Elliot M. Smith (0078506)
                                                          David Mayo (0014345)
                                                          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                                                          127 Public Square, Suite 4900
                                                          Cleveland, Ohio 44114
                                                          Tel: (216) 363-4500
                                                          Fax: (216) 363-4588
                                                          Email: esmith@beneschlaw.com
                                                                       dmayo@beneschlaw.com

                                                          *Attorneys for Movant Fairbridge Strategic Capital LLC*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing *Notice of Amended Motion of Fairbridge Strategic Capital LLC for Relief from the Automatic Stay* was served (i) electronically on all ECF participants registered to receive notices in this case on the date of filing through the Court's ECF System at the email address registered with the Court, and (ii) by first class U.S. mail, postage prepaid, this 22nd day of December, 2025, upon the following:

Ethan Ehsan Shajie
Eleheh Anna Chamsaz
5455 Olivia Michal Place, Apt. 202
Westerville, Ohio 43081

*Debtors*

Michael A. Cox
Guerrieri, Cox & Associates
3478 N. High Street, Suite 100
Columbus, Ohio 43214

*Attorney for the Debtors*

William B. Logan
1160 Dublin Road, Suite 400
Columbus, Ohio 43215

*Chapter 7 Trustee*

Edward H. Cahill
Assistant United States Trustee
Office of the United States Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

*U.S. Trustee*

Franklin County Treasurer
Attn: Cheryl Brooks Sullivan
373 S. High Street, 17th Floor
Columbus, OH 43215

Northwest Bank
100 Liberty Street
PO Box 337
Warren, PA 16365-0000

Lansdowne Homeowner's Association, Inc.
c/o K&C Service Corporation
8101 North High Street, Suite 370
Columbus, OH 43235

New Albany Country Club Community
Association
800 Walton Parkway, Suite 250
New Albany, OH 43054

  Further, this is to certify that a true and correct copy of Fairbridge's original *Notice of Motion of Fairbridge Strategic Capital LLC for Relief from the Automatic Stay* (Doc. 22) was served (i) electronically on all ECF participants registered to receive notices in this case on the date of filing through the Court's ECF System at the email address registered with the Court, and (ii) by first class U.S. mail, postage prepaid, the 4th day of December, 2025, upon the following:

Michael A. Cox
Guerrieri, Cox & Associates
3478 N. High Street, Suite 100
Columbus, Ohio 43214

*Attorney for the Debtors*

William B. Logan
1160 Dublin Road, Suite 400
Columbus, Ohio 43215

*Chapter 7 Trustee*

Edward H. Cahill
Assistant United States Trustee
Office of the United States Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

*U.S. Trustee*

Franklin County Treasurer
Attn: Cheryl Brooks Sullivan
373 S. High Street, 17th Floor
Columbus, OH 43215


Northwest Bank
100 Liberty Street
PO Box 337
Warren, PA 16365-0000

Lansdowne Homeowner's Association, Inc.
c/o K&C Service Corporation
8101 North High Street, Suite 370
Columbus, OH 43235

New Albany Country Club Community
Association
800 Walton Parkway, Suite 250
New Albany, OH 43054

                                              /s/ Elliot M. Smith
                                              Elliot M. Smith, Esq.